DANIEL G. BOGDEN
United States Attorney for the
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Rm. 5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787
Email: blaine.welsh@usdoj.gov

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DONNA DECHON-GARZA,<br><br>　　　　　Defendant. | Case No.  2:10-cv-2184-RLH-GWF<br><br>**CONSENT JUDGMENT** |

　　　　WHEREAS, Plaintiff United States of America, on behalf of the Social Security Administration ("SSA") filed a complaint initiating this action against Defendant, Donna Dechon-Garza;

　　　　WHEREAS, the United States alleges that Donna Dechon-Garza unlawfully obtained and used Supplemental Security Income ("SSI") benefits from the SSA by making false statements and submitting fraudulent claims pertaining to resources and assets owned.

　　　　WHEREAS, Donna Dechon-Garza, does not contest the accuracy of these allegations;

　　　　**THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

　　　　1.　　　This court has jurisdiction over the subject matter of this action and over the parties pursuant to 28 U.S.C. § 1345 and 29 U.S.C. § 3732.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 and 31 U.S.C. § 3732.  The Complaint states a claim upon which

relief may be granted against Donna Dechon-Garza. Donna Dechon-Garza consents to and shall not challenge entry of this Consent Judgment or this Court's jurisdiction to enter or enforce this Consent Judgment.

2. This Consent Judgment shall apply to and be binding upon Donna Dechon-Garza and her successors and assigns, and on the United States on behalf of the SSA.

3. Donna Dechon-Garza knowingly and voluntarily waives service of Summons and Complaint in this action.

4. Donna Dechon-Garza is indebted to the United States and acknowledges her liability to the United States in the amount of $95,252.48, which is the government's double damages of $84,252.48 plus civil penalties in the amount of $11,000.00, in connection with violations of the False Claims Act.

5. The district court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** December 20, 2010

CONSENTED TO:

_____
DONNA DECHON-GARZA
4440 S. Gressa Street
Pahrump, Nevada 89061

_____
BLAINE T. WELSH
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101